IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COSTA DEL MAR, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHOP5369069, et al., <br><br> Defendants. | Case No. 20-cv-02934 <br><br> **Judge John Robert Blakey** <br><br> **Magistrate Judge Beth W. Jantz** |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on August 3, 2020 [51], in favor of Plaintiff Costa Del Mar, Inc. ( "Plaintiff") against the Defendants Identified in Schedule A in the amount of five hundred thousand dollars ($500,000) per Defaulting Defendant, and Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Colin Xu | 23 |
| zouzhichao | 25 |
| youshilong | 26 |
| zhusonglin | 27 |
| loudyangling | 30 |
| YangGirl | 32 |
| lantianwe | 35 |
| YangFun | 36 |
| highflyke | 37 |
| taoshiye | 38 |
| djh888 | 39 |
| dongyihuer | 40 |
| MuSunLove | 61 |
| mkh67r | 80 |
| ecae92gd | 84 |

1

| LL8885 | 133 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 7th day of August 2020.   Respectfully submitted,

/s/ Jake M. Christensen
Amy C. Ziegler
Justin R. Gaudio
Jake M. Christensen
Thomas J. Juettner
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jchristensen@gbc.law
tjjuettner@gbc.law

*Counsel for Plaintiff Costa Del Mar, Inc.*